IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAUL DICKENS, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0558 |
| | ) | Judge Trauger |
| RICKY J. BELL, Warden, and | ) | Magistrate Judge Bryant |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Respondents. | ) | |

### O R D E R

On September 2, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 26), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by the respondents (Docket No. 10) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 27th day of September 2010.

_____
ALETA A. TRAUGER
U.S. District Judge